

R  CAT III  AE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

07cv6379
JUDGE PALLMEYER
MAG. JUDGE KEYS

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** TOMMY E. JONES

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**

1) AUSA

2) Eric H. Sussman
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Tommy E Jones
#16318-424
Atwater - USP
P.O. Box 019001
Atwater, CA 95301

**FILED**
J N
NOV X 9 2007
nov X 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
☑ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham  **Date:** 11/09/2007

Pallmeyer  02CR 895-16
Keys