## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6379 | **DATE** | 1/31/2008 |
| **CASE TITLE** | USA vs. Tommy E. Jones | | |

**DOCKET ENTRY TEXT**

Government is directed to respond to Defendant's §2255 motion to vacate, set aside, or correct sentence within thirty (30) days.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:07-cv-06379 Document 5 Filed 01/31/2008 Page 1 of 1

07C6379 USA vs. Tommy E. Jones     Page 1 of 1