## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6379 | **DATE** | 2/19/2008 |
| **CASE TITLE** | USA vs. Tommy E. Jones | | |

**DOCKET ENTRY TEXT**

Motion for leave to amend section 2255 petition (6) is granted. Date for Government's response is extended to March 17, 2008. As there is no fee charged for such amendment, Petitioner's request to file *in forma pauperis* is denied as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|