## CORRECTED CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**Government's Response to Defendant's Section 2255 Motion**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on March 24, 2008, to the following non-ECF filers:

> Tommy E. Jones
> #16318-424
> Atwater - USP
> PO Box 019001
> Atwater, CA 95301AS

/s/ Eric H. Sussman
ERIC H. SUSSMAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1412