# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6379 | **DATE** | 4/2/2008 |
| **CASE TITLE** | United States of America vs. Tommy E. Jones | | |

**DOCKET ENTRY TEXT**

Defendant's reply in support of Section 2255 motion to be filed by or on 4/24/2008.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|