# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6379 | **DATE** | 7/9/2008 |
| **CASE TITLE** | USA vs. Tommy E. Jones | | |

**DOCKET ENTRY TEXT**

Tommy Jones's motion for leave to file a reply (11) is granted; his memorandum in support of that motion is deemed a reply to the government's response to his § 2255 petition.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|