UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6379 |
| | ) | |
| v. | ) | |
| | ) | |
| TOMMY E. JONES | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| Defendant. | ) | |

### ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ John Lausch
JOHN LAUSCH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-4190

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY DESIGNATION

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on July 11, 2008, to the following non-ECF filers:

      Tommy E Jones
      #16318-424
      Atwater - USP
      P.O. Box 019001
      Atwater, CA 95301

                                    By:    s/ John Lausch
                                              JOHN LAUSCH
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 886-4190