Original MHN

1

United States District Court
In The Northern District of ILLINOIS
Eastern Division

FILED
7-21-2008
JUL 21 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America　　) Case No. 07 C 6379
　　Petitioner,　　　　　　　 )
　　　　　　　　　　　　　　 ) Honorable
　　　　　　　　　　　　　　 ) Rebecca R. Pallmeyer
　　　V.　　　　　　　　　　 )
　　　　　　　　　　　　　　 ) U.S Attorney
Tommy E. Jones　　　　　　　) Eric S. Sussman
　　Respondent,　　　　　　　) 219 S. Dearborn

(Amendment For)
Defendant's Reply in Support
of Section 2255 Motion to
Correct Typographical Error of Title

Defendant Tommy E. Jones proceeding pro-se requesting permission to submit this Reply Title to the governments response for Section 2255 Motion, because defendant filed a Typographical Error of the title. April 15 2008 defendant filed A Motion For Leave to file a Reply to the Government's Response for adequate 2255 Motion (Doc # 11, 04-22-08) the Title was a Harmless Error and defendant request to keep his reply in support of

Pg. 2

Section 2255 Motion from April 22, 2008 on the record and correct Typographical Error of Title. This defendant has wrote the Court about the error July 02, 2008 and has not recieved a response. Defendant prays that this Honorable Court grant Defendants Reply in support of Section 2255 Motion to correct Typographical error of Title.

Respectfully Submitted
Tommy Jones

Certificate of Service

I Tommy E. Jones certify under penalty of perjury that I served the United States District Court and United States Attorney office for the Northern District of Illinois Eastern Division with copies of the foregoing with the Institutional mailing officer dated 07-15-08. Institution currently on lockdown. The forementioned is True to the best of my knowledge.   J.E.J.
Tommy E. Jones #16318-424
United States Penitentiary Atwater
P.O Box 019001
Atwater, California 95301