MHN

```
        FILED
       7-29-2008
       JUL 2 9 2008
              mB
    MICHAEL W. DOBBINS
  CLERK, U.S. DISTRICT COURT
```

To: Honorable Rebecca R. Pallmeyer

From: Tommy E. Jones, Case No. 07 C 6379

Dear your honor; Dated July 09, 2008 from the docket entry (11) Tommy Jones's motion for leave to file a reply is granted; his memorandum in support of that motion is deemed a reply to the government's response to his 2255 petition. I recieved this on July 21, 2008 and i filed a correction of the title on July 15, 2008 because i did not recieve a response from this court. The government mailed a "designation for attorney" on the 11th of July and i recieved it on the 14th of July and there seems to be a slow process of the mailing system and i don't recieve the mail through legal distribution, but regular mailing service. The institution requires that mail should say "open in presence of inmate" if not then my mail will be opened and given to me by those means, of regular mail not legal mail. your honor i am also having problems at this institution, while we have been on lockdown and i wrote security personnal 07-20-08 and have not recieved a response, but i guess they feel because we are locked down that i am

safe, and i am in a cell alone on the unit.

Respectfully
Submitted

[signature]

07-29-08