# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6379 | **DATE** | 9/12/2008 |
| **CASE TITLE** | United States of America vs. Jones | | |

**DOCKET ENTRY TEXT**

Enter attached correspondence.

■ [ For further detail see attached correspondence.]    No notice required.



| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



CHAMBERS OF
REBECCA R. PALLMEYER
JUDGE

312-435-5636

September 11, 2008

Tommy E. Jones, #16318-424
United States Penitentiary
P.O. Box 019001
Atwater, California 95301

    Re:    *United States of America v. Jones*
           Case No. 07 C 6379

Dear Mr. Jones:

    I received your letters dated July 23 and August 14, 2008, asking about the status of your case. As you know, the government has responded to your § 2255 petition, and you submitted a reply to that response, as well as an amendment to the reply. Your case is now fully briefed, and I hope to rule on it later this fall.

                                Yours truly,

                                Rebecca R. Pallmeyer
                                U.S. District Judge

RRP/skl

cc:   ✓Court File

RECEIVED

AUG 18 2008

Judge Rebecca R. Pallmeyer
United States District Court

August 14, 2008

To: Honorable Rebecca R. Pallmeyer

From: Tommy E. Jones   Case No. 07 C 6379

Dear your honor: I am very concerned about the outcome of my case and i wrote this court July 23rd about the mailing system and the correction for the title of my reply to the governments response. This court respectfully granted defendants reply and memorandum July 9th. Since that time i have not recieved any documentation from this court or the clerks office concerning my case. I would usually get a response from this honorable court, but i know your honor is very busy with other cases. I am just trying to keep track with my case and as for my safety it's still the same even though the institution is currently locked down, but i am pushing the issue because it's cruel and unusual punishment, i spoke with one of the S.I.S officers on the 5th of august.

Respectfully Submitted

Tommy Jones

Tommy E. Jones #16818-424
United States Penitentiary Atwater
P.O. Box 019001
Atwater, California 95301

STOCKTON/STKN
CA 952 4T
15 AUG 2008 PM

Hon. Rebecca R. Pallmeyer
United States District Court
For the Northern District of
Illinois Eastern Division
219 S. Dearborn
Chicago, Illinois 60604

Legal
Mail
Confidential